# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ANGELES EDITH CARDENAS,<br><br>　　　　　　　　　Defendant. | Case No. 19cr2151-CAB<br><br>**ORDER AND JUDGMENT OF DISMISSAL**<br><br>[ECF No. 43] |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Information [ECF No. 15] in the above-entitled case be dismissed without prejudice.

Further, bond is exonerated.

IT IS SO ORDERED.

Dated: July 9, 2020

_____
Hon. Cathy Ann Bencivengo
United States District Judge